UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-06567-MEMF-AJR | Date | October 16, 2024 |
|---|---|---|---|
| Title | Michael Pashaie and Shahla Pashaie v. H77LA, LLC | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge | |
|---|---|---|
| | Claudia Garcia-Marquez | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| | N/A | N/A |

**Proceedings (In Chambers):** **ORDER TO SHOW CAUSE REGARDING SANCTIONS FOR DISCOVERY ABUSE AND ORDER SETTING HEARING ON *EX PARTE* APPLICATION (DKT. 147)**

On October 15, 2024, Defendant H77LA ("Defendant") filed an *Ex Parte* Application Seeking Relief Regarding the Second Session of the Deposition of Plaintiff Shahla Pashaie (the "*Ex Parte* Application"). (Dkt. 147.) In the *Ex Parte* Application, Defendant seeks the imposition of sanctions related to the deposition of Mrs. Pashaie that occurred on October 8, 2024. (Id. at 4.) Defendant also seeks an Order compelling Mrs. Pashaie to resume her deposition in the next ten days. (Id.) Defendant contends defense counsel was forced to adjourn the deposition of Mrs. Pashaie due to abusive conduct by both Plaintiffs Michael Pashaie and Shahla Pashaie. (Id. at 5.) In support of the *Ex Parte* Application, Defendant submitted transcripts and video clips of the deposition. (Dkt. 147-1 at 2-6.)

Based on the Court's review of the *Ex Parte* Application, the Court Orders Plaintiffs Michael Pashaie and Shahla Pashaie to show cause why they should not be sanctioned as requested in the *Ex Parte* Application. Plaintiffs shall have until **October 18, 2024 at 10:00am** to file an opposition to the *Ex Parte* Application in which they are directed provide any reason why they should not be sanctioned as requested in the *Ex Parte* Application. The Court will hold a hearing on the *Ex Parte* Application on **October 18, 2024 at 3:00pm by videoconference**. The Court's Courtroom Deputy Clerk will email a Zoom link to counsel for the parties.

IT IS SO ORDERED.